UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **FERNANDO AUSTRIA, ET AL** | * **CIVIL ACTION NO. 17-cv-624** |
| Plaintiff, | * |
| **VERSUS** | * |
| **WD MASONRY, L.L.C., ET AL** | * **JUDGE JAMES BRADY** |
| Defendant. | * **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

*********************************************

## JUDGMENT

Considering the Joint Motion to Dismiss filed by Plaintiff Fernando Austria and Defendants WD Masonry, LLC and William D. Mathis:

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims asserted by Plaintiff Fernando Austria against defendants WD Masonry, LLC and William D. Mathis are dismissed WITH PREJUDICE, each party bearing its own costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Court's order dismissing Plaintiff Fernando Austria's claims against Defendant Guy Koontz without prejudice (R. Doc. 12) is hereby amended and all claims asserted by Plaintiff Fernando Austria against Defendant Guy Koontz are dismissed WITH PREJUDICE, each party bearing its own costs.

THUS DONE AND SIGNED in Baton Rouge, Louisiana, this _____ day of _____, 201____.

_____
JUDGE
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA